IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JANICE R. BARNES, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 07-682C |
| | ) | (Senior Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Shalom Brilliant, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7036
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

/s/Shalom Brilliant
Shalom Brilliant
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
TEL: (202) 616-8275
FAX: (202) 305-7643
E-mail: Shalom.Brilliant@usdoj.gov

Dated: October 17, 2007

**CERTIFICATE OF FILING**

I hereby certify that on this 17th day of October, 2007, a copy of the foregoing NOTICE OF APPEARANCE was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Shalom Brilliant