# In the United States Court of Federal Claims

No. 07-682C
(Filed: February 21, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

JANICE R. BARNES, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Wednesday, March 5, 2008, at 10:00 a.m. eastern. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge