# In the United States Court of Federal Claims

No. 07-682C
(Filed: March 5, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * *

JANICE R. BARNES, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held on March 5, 2008, the parties shall file a joint status report on or before June 6, 2008.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge