# In the United States Court of Federal Claims

No. 07-682C
(Filed: September 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *

BARNES, *et al.*,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument on the defendant's motion for judgment on the pleadings in the case of *Barnes, et al. v. United States* (07-682) will be held on Thursday, November 13, 2008 at 9:00am (EST) in the United States Court of Federal Claims.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge